**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PURE GROUND INGREDIENTS, INC. and LINDSETH PROPERTIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY; OHIO SECURITY INSURANCE COMPANY, and DOES 1 TO 10,<br><br>Defendants. | Case No. 3:25-cv-00092-ART-CSD<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the Parties (ECF No. 15), the Court hereby orders that the above-captioned matter is dismissed in its entirety with prejudice, each side to bear its own costs and attorneys' fees. The Clerk is directed to refund the jury fees, if any, posted by both Plaintiffs and Defendants.

IT IS SO ORDERED.

DATED: October 1, 2025

_____
HON. ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

204415537.v1